judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

(132 So. 916)

### Claude HURST v. J. S. SMITH.
8 Div. 234.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Affirmed.

(131 So. 920)

### INTER–OCEAN CASUALTY CO. v. King P. HOLLAND.
4 Div. 767.

Court of Appeals of Alabama.
Jan. 13, 1931.

BRICKEN, P. J.
Affirmed.

(131 So. 920)

### Carlton IRVIN v. STATE.
5 Div. 829.

Court of Appeals of Alabama.
Dec. 16, 1930.

Jas. W. Strother, of Dadeville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(133 So. 924)

### William IVORY v. CITY OF MOBILE.
I Div. 992.

Court of Appeals of Alabama.
April 14, 1931.

RICE, J.
Affirmed.

(133 So. 924)

### Leo JACKSON v. CITY OF MOBILE.
I Div. 991.

Court of Appeals of Alabama.
April 14, 1931.

SAMFORD, J.
Affirmed.

(134 So. 921)

### Dave JACKSON v. STATE.
8 Div. 307.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Affirmed.

(132 So. 916)

### Robert JACKSON v. STATE.
7 Div. 699.

Court of Appeals of Alabama.
Jan. 20, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 916)

### Solomon JACKSON v. STATE.
8 Div. 73.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Appeal dismissed.